

AMERICAN ARBITRATION ASSOCIATION
INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

1101 Laurel Oak Road
Voorhees, NJ 08043

February 19, 2020

David C. Vaughn, III, Esq.
Montgomery and Newcomb, LLC
435 East Walnut Street
Springfield, MO 65806
Via Email to: david@davidvaughnlaw.com

Darren K. Sharp, Esq.
Armstrong Teasdale, LLP
2345 Grand Boulevard
Suite 1500
Kansas City, MO 64108-2617
Via Email to: dsharp@armstrongteasdale.com

**Case Number: 01-19-0003-2966**

Steve and Rita Cole
-vs-
Wyndham Vacation Resorts, Inc.

Dear Parties:

As of this date we have not received the required waiver and remaining fees from Wyndham Vacation Resorts, Inc. in this matter. Accordingly, we must decline to administer this case and have closed our file. According to R-1(d) of the Consumer Arbitration Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

Any payment submitted by a party will be refunded shortly.

Further, because Wyndham Vacation Resorts, Inc. failure to remit the foregoing constitutes a failure to adhere to our policies regarding consumer claims, we may decline to administer future consumer arbitrations involving Wyndham Vacation Resorts, Inc. The AAA's consumer policies can be found on the AAA's website, www.adr.org. We request that Wyndham Vacation Resorts, Inc. remove the AAA name from its consumer arbitration clause so that there is no confusion to the public regarding our decision.

If Wyndham Vacation Resorts, Inc. advises the AAA in the future of its intention to comply with the AAA's Consumer Arbitration Rules and if applicable, resolves any outstanding payment obligations, the AAA may consider at its sole discretion, accepting newly filed consumer cases going forward.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

If you have any questions, please email ConsumerFiling@adr.org.

Exhibit A

Sincerely,

Consumer Filing Team
Email: ConsumerFiling@adr.org
Fax: (877)304-8457