## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| CHARLES HAROLD BEDGOOD, JOEL WILSON BRANDON, HANNAH LYN HEIL-BRANDON, EDDIE MATTHEWS JR., REENA T. SMITH, JUSTIN FLOYD DIAZ, CANDICE CLARK, and ROSLIND CHRISTINE HARPER, individually and on behalf of all other persons similarly situated, | Case    No.    6:21-cv-00418 |
| Plaintiffs, | |
| v. | |
| WYNDHAM VACATION RESORTS, INC., WORLDMARK, THE CLUB, and WYNDHAM RESORTS DEVELOPMENT CORPORATION, | |
| Defendants. | |

### JOINT STATUS REPORT

In accordance with the Court's Order to show cause of March 10, 2023, the parties state that they inadvertently failed to submit a joint status report on February 21, 2023, all prior joint status reports having been timely filed.

The parties advise the Court that the appeal of this Court's order on Defendants' Motion to Compel Arbitration has been fully briefed and the Eleventh Circuit has set the case for oral argument on April 21, 2023.

1

Dated:  March 10, 2023

Respectfully submitted,

Plaintiffs,

By:   _Howard B. Prossnitz /s/_

Law Offices of Howard Prossnitz,
PLLC (Fla Bar. No. 0060031)
1014 Ontario Street
Oak Park, IL 60302
708 203-5747
prossnitzlaw@gmail.com

Defendants,

By:   _/s/ J. Trumon Phillips_

J. Trumon Phillips (Fla. Bar # 0084568)
DLA PIPER LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd.
Tampa, Florida 33607
Phone: (813) 229-2111
Email: trumon.phillips@dlapiper.com

David S. Sager, _pro hac vice_
DLA PIPER LLP (US)
51 John F. Kennedy Pkwy, # 120
Short Hills, New Jersey 07078
Phone: (973) 520-2570
Email: david.sager@dlapiper.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

<u>*/s/ Howard B. Prossnitz*</u>
Attorney