UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDDIE MATHEWS JR. and REENA T. SMITH,

    Plaintiffs,

v.                                              Case No: 6:21-cv-418-JSS-DCI

WYNDHAM VACATION RESORTS, INC.,

    Defendant.
_____/

## ORDER

    The court has received notice that Plaintiffs Eddie Mathews Jr. and Reena T. Smith and Defendant Wyndham Vacation Resorts, Inc. have reached an agreement to settle this matter. (*See* Dkt. 194.) Accordingly, pursuant to Middle District of Florida Local Rule 3.09, this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Because Plaintiffs Eddie Mathews Jr. and Reena T. Smith were the last remaining plaintiffs in this case, any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

- 2 -

**ORDERED** in Orlando, Florida, on December 12, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record