UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES HAROLD BEDGOOD,
JOEL WILSON BRANDON,
HANNAH LYN HEIL-BRANDON,
EDDIE MATTHEWS JR., and
REENA T. SMITH,

    Plaintiffs,

v.

WYNDHAM VACATION
RESORTS, INC.,

    Defendant.

Case No. 6:21-cv-00418-JSS- DCI

## NOTICE OF SETTLEMENT

Plaintiffs, by and through undersigned counsel, hereby notify the Court that the parties have reached an agreement in principle resolving all pending claims in this action. The parties are in the process of preparing and finalizing a written settlement agreement. Consequently, the parties respectfully request that the Court:

    1. Strike the trial dates scheduled for December 17–19, 2025;

    2. Allow the parties 30 days to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Respectfully submitted on behalf of Plaintiffs,

1

By: /s/ Jay Kumar

**Jay Kumar Law**
211 W. Wacker Dr.
Suite 200B
Chicago, IL 60606
312 767-7903
jay@jaykumarlaw.com
*Pro Hac Vice*

Howard B. Prossnitz, Esq, FBN 60031
**Law Offices of Howard B. Prossnitz, PLLC**
1014 Ontario Street
Oak Park, IL 60302
prossnitzlaw@gmail.com
Phone: (708) 203-5747

Dated: December 12, 2025

## Certificate of Service

I, Jay Kumar, an attorney, certify that I filed and served a copy of the foregoing Motion on all counsel of record through the Court's CM/ECF electronic filing and service system on this 12th day of December, 2025.

/s/ *Jay Kumar*